| | |
|---|---|
| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* <br> 3:21CR00041 |
| **ORDER GRANTING TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* <br> 2:25-cr-0261 TLN |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Stephanie Lea Lavan <br><br> Rancho Cordova, CA | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE |  |
| | Robert C. Jones | |

FILED
Nov 13, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 3/24/2025 | 3/23/2028 |

**OFFENSE**

Possession with Intent to Distribute a Controlled Substance

Possession with Intent to Distribute a Controlled Substance

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Family ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 6, 2025 _____ /s/ Howard D. McKibben
Date _____ United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 13, 2025 _____ /s/ Troy L. Nunley
Effective Date _____ CHIEF JUDGE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE

1